NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DANIEL L. SANDEFUR, DC #769451,  )
                                  )
           Appellant,             )
                                  )
v.                                )
                                  )    Case No.  2D18-713
STATE OF FLORIDA,                 )
                                  )
           Appellee.              )
_____  )

Opinion filed August 23, 2019.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Daniel L. Sandefur, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


           Affirmed.


LaROSE, MORRIS, and SLEET, JJ., Concur.